EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4600
    Facsimile:   (213) 894-0115
    E-mail:      Gavin.Greene@usdoj.gov

JS-6

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Supervalu, Inc., | Case No. 16-2768 AB (AGRx) |
| Plaintiff, | [~~Proposed~~] Judgment |
| v. | |
| Guillermo Daniel Camuy, et al., | |
| Defendants. | |

Based on the Stipulation to Resolve Claims and Distribute Funds ("Stipulation") and for good cause shown, the Stipulation is GRANTED.

**IT IS ORDERED** that default judgment is entered against the following parties in this case: Guillermo Daniel Camuy, Matthew Andrew Camuy, Jeanette Marie Doucet as the guardian for N.A.D.C., California Franchise Tax Board,.Lanna & Hanna, P.C., California, and American Contractors Indemnity Company.

**IT IS FURTHER ORDERED** that the Los Angeles County Superior Court shall distribute the $78,002.67 in surplus funds on deposit from case number BC594743 by checks made payable and sent as follows:

| Party | Check Payee | Amount | Address |
| --- | --- | --- | --- |
| United States | United States Department of Justice | $34,178.53 | AUSA Gavin Greene 300 N. Los Angeles St. Los Angeles, CA 90012 |
| SUPERVALU INC. | SUPERVALU INC. | $22,000.00 | SUPERVALU INC. c/o Lori Lannan, Esq. 11840 Valley View Road Eden Prairie, MN 55344 |
| County of Los Angeles, Child Support Services Department | State Disbursement Unit  Memo: Interpleader Settlement re CSE no. 0370022581507, LA Superior Court case no. BY0797075 | $14,883.68 | State Disbursement Unit P.O. Box 989067 West Sacramento, CA 95798-9067 |
| Esther Casas | Esthervina Casas | $6,940.46 | Esther Casas 3039 Illinois Ave. South Gate, CA 90280 |

2

**IT IS FURTHER ORDERED** that as against each other, the parties will each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: December 29, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge

Respectfully submitted,
EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division


/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America